IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Patent Group LLC, | § | |
|     Relator | § | |
| | § | |
| v. | § | Civil Action No. 2:10-cv-354-TJW-CE |
| | § | |
| Grand Enterprises West, Inc., | § | |
|     Defendant | § | Jury Trial Demanded |

## ORDER AND DISMISSAL WITH PREJUDICE

Plaintiff PATENT GROUP, LLC has entered into a settlement resolving the claims, counterclaims and defenses pleaded in this civil action and has agreed to the entry of this Order and Dismissal with Prejudice. It is, therefore, ORDERED as follows:

1. All claims and counterclaims asserted in this action are hereby dismissed with prejudice.

2. All costs, including attorneys' fees, shall be paid by the party incurring same.

3. All relief not expressly granted herein is denied.

4. The United States District Court for the Eastern District of Texas, Marshall Division, shall maintain continuing jurisdiction over this matter for the purposes of enforcing and interpreting the terms of the Settlement Agreement should it be necessary.

SIGNED this 12th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE